STATE OF NEW YORK — SOUTHERN DISTRICT COURT
ATTORNEY(S): The Law Office of Richard Wright, Richard Wright Esq.
ADDRESS: 80 Maiden Lane, Suite 1902, New York, NY 10038   PH#: 718-222-2337

**DESIREE FALTINE**

Plaintiff(s)/Petitioner(s)

VS

CITY OF NEW YORK, POLICE OFFICER MILTON BOWE, and POLICE OFFICER JOSEPH PRITCHARD

Defendant(s)/Respondent(s)

**AFFIDAVIT OF SERVICE**
INDEX #: 08 CV 01839
FILED ON:

---

County of NEW YORK, State of NEW YORK   I, DWIGHT GRANT, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age and resides in the State of NEW YORK

On 3/7/2008 at 3:30 pm, at 357 WEST 35th STREET, NEW YORK, NY 10001 deponent served the within SUMMONS IN CIVIL ACTION

bearing Index # 08 CV 01839 and filed on _____

ON: **POLICE OFFICER JOSEPH PRITCHARD**

INDIVIDUAL [ ] by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

CORPORATION [ ] A _____, by delivering thereat a true copy of each to _____ personally, deponent knew said _____ so served to be the _____ described as the named defendant and knew said individual to be the authorized agent thereof.

SUITABLE AGE PERSON [X] by delivering a true copy of each to "Jane Doe" - Desk Sergeant a person of suitable age and discretion Said premises is recipient's [X] actual place of business [ ] dwelling house (usual place of abode) within the state. **I asked the person spoken to whether the [ ] defendant actually resides [X] is employed at these premises and received an affirmative reply.**

AFFIXING TO [ ] by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
Day___ Date___ Time___ Day___ Date___ Time___
Day___ Date___ Time___ Day___ Date___ Time___
Verification:

MAILING COPY [X] Deponent caused a copy of same to be enclosed in postpaid sealed wrapper properly addressed to recipient at the recipient's last known [ ] residence [X] place of employment at: 357 WEST 35th STREET, NEW YORK, NY 10001 the U.S. Postal Service within the State of NEW YORK on 3/10/2008
[ ] The mailing was made by certified mail (Receipt No. _____)
[ ] and with return receipt requested, and/ X or First Class Mail, marked personal and confidential.

DESCRIPTION [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex Female  Race/skin White  Color of hair Brown  Approx. Age 40-50  Approx. Height 5'4"-5'8"
Approx. weight 160-170  Other Refused to Provide Name

WITNESS FEES [ ] $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

PHOTO [ ] Deponent was able to identify recipient from annexed photo.

MILITARY SERVICE [ ] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of NEW YORK and was informed he/she was not.

Sworn to before me on this
14th day of March, 2008

_____
Notary Public (affix stamp or seal)

RICHARD WRIGHT
Notary Public, State of New York
No. 01WR5076710
Qualified in Kings County
Commission Expires 05/07/20__

_____
DWIGHT GRANT
_____
Process Server's Lic #

Client Reference #:

NATIONWIDE COURT SERVICES, INC.
20 Vesey Street
New York, NY 10007
(212) 349-4782 / Fax (212) 349-4784

Invoice•Work Order # NYC0021128

| | | | |
|---|---|---|---|
| STATE OF NEW YORK | | SOUTHERN COUNTY | U.S. DISTRICT COURT |
| ATTORNEY(S): The Law Office of Richard Wright | | Richard Wright Esq. | |
| ADDRESS: 80 Maiden Lane, Suite 1902, New York | | NY 10038   PH#: 718-222-2337 | |

DESIREE FALTINE

**AFFIDAVIT OF SERVICE**

Plaintiff(s)/Petitioner(s)

INDEX #: 08 CV 01839

VS

CITY OF NEW YORK, POLICE OFFICER MILTON BOWE, and POLICE OFFICER JOSEPH PRITCHARD

FILED ON: (DC)

Defendant(s)/Respondent(s)

County of **NEW YORK**, State of **NEW YORK**   I, **DWIGHT GRANT** being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age and resides in the State of **NEW YORK**
On **3/7/2003** at **3:55pm**,
at **100 CHURCH STREET, 4th FL, NEW YORK, NY 10007**
deponent served the within **SUMMONS IN CIVIL ACTION**

bearing Index # **08 CV 01839** and filed on _____

ON: **OFFICE OF THE COMPTROLLER - NEW YORK CITY LAW DEPARTMENT**

**INDIVIDUAL** [ ] by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**CORPORATION** [X] A **State Agency**, by delivering thereat a true copy of each to **Tamekia Mendes Gammon, an Authorized Agent** personally, deponent knew said **State Agency** so served to be the **State Agency** described as the named defendant and knew said individual to be the authorized agent thereof.

**SUITABLE AGE PERSON** [ ] by delivering a true copy of each to _____ a person of suitable age and discretion Said premises is recipient's [ ]actual place of business [ ]dwelling house (usual place of abode) within the state. I asked the person spoken to whether the [ ] defendant actually resides [ ] is employed at these premises and received an affirmative reply.

**AFFIXING TO** [ ] by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
Day___ Date___ Time___ Day___ Date___ Time___
Day___ Date___ Time___ Day___ Date___ Time___
Verification:

**MAILING COPY** [ ] Deponent caused a copy of same to be enclosed in postpaid sealed wrapper properly addressed to recipient at the recipient's last known [ ]residence [ ] place of employment at:

the U. S. Postal Service within the State of **NEW YORK** on _____
[ ]The mailing was made by certified mail (Receipt No._____)
[ ] and with return receipt requested, and/ or First Class Mail, marked personal and confidential.

**DESCRIPTION** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex **Female** Race/skin **Black** Color of hair **Black** Approx. Age **25-35** Approx. Height **5'6"-5'10"**
Approx. weight **160-170** Other _____

**WITNESS FEES** [ ] $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

**PHOTO** [ ] Deponent was able to identify recipient from annexed photo.

**MILITARY SERVICE** [ ] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of **NEW YORK** and was informed he/she was not.

Sworn to before me on this **16th** day of **MARCH**, **2008**

_____ DWIGHT GRANT
Process Server's Lic #_____

Notary Public (affix stamp or seal)
RICHARD WRIGHT
Notary Public, State of New York
No. 01WR5076710
Qualified in Kings County
Commission Expires 05/07/20

Client Reference #:

NATIONWIDE COURT SERVICES, INC.
20 Vesey Street
New York, NY 10007
(212) 349-4782 / Fax (212) 349-4784

Invoice•Work Order # NYC0021127

STATE OF NEW YORK UNITED STATES DISTRICT COURT
ATTORNEY(S): The Law Office of Richard Wright, Richard Wright Esq.
ADDRESS: 80 Maiden Lane, Suite 1902, New York, NY 10038  PH#: 212-788-0369

DESIREE FALTINE

    VS

CITY OF NEW YORK, POLICE OFFICER MILTON BOWE, and POLICE OFFICER JOSEPH PRITCHARD

Plaintiff(s)/Petitioner(s)

**AFFIDAVIT OF SERVICE**
INDEX #: 08 CV 01839
FILED ON:

Defendant(s)/Respondent(s)

County of NEW YORK, State of NEW YORK  I, DWIGHT GRANT being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age and resides in the State of NEW YORK
On 3/13/2008 at 4:05pm,
at 1 CENTRE STREET, NEW YORK, NY 10007
deponent served the within SUMMONS IN CIVIL ACTION

bearing Index # 08 CV 01839 and filed on _____
ON: POLICE OFFICER MILTON BOWE

**INDIVIDUAL [ ]** by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**CORPORATION [ ]** A _____, by delivering thereat a true copy of each to _____ personally, deponent knew said _____ so served to be the _____ described as the named defendant and knew said individual to be the authorized agent thereof.

**SUITABLE AGE PERSON [X]** by delivering a true copy of each to "John Doe" - Legal Affairs a person of suitable age and discretion Said premises is recipient's [X] actual place of business [ ] dwelling house (usual place of abode) within the state.
I asked the person spoken to whether the [ ] defendant actually resides [X] is employed at these premises and received an affirmative reply.

**AFFIXING TO [ ]** by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
Day___ Date___ Time___ Day___ Date___ Time___
Day___ Date___ Time___ Day___ Date___ Time___
Verification:

**MAILING COPY [X]** Deponent caused a copy of same to be enclosed in postpaid sealed wrapper properly addressed to recipient at the recipient's last known [ ] residence [X] place of employment at: 1 CENTRE STREET, NEW YORK, NY 10007
the U.S. Postal Service within the State of NEW YORK on 3/14/2008
[ ] The mailing was made by certified mail (Receipt No. _____)
[ ] and with return receipt requested, and/ X or First Class Mail, marked personal and confidential.

**DESCRIPTION [X]** A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex Male  Race/skin White  Color of hair Brown  Approx. Age 35-45  Approx. Height 5'4"-5'8"
Approx. weight 160-170  Other Says Officer Bowe works down stairs at security

**WITNESS FEES [ ]** $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

**PHOTO [ ]** Deponent was able to identify recipient from annexed photo.

**MILITARY SERVICE [ ]** Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of NEW YORK and was informed he/she was not.

Sworn to before me on this
14th day of MARCH, 2008

Notary Public (affix stamp or seal)

RICHARD WRIGHT
Notary Public, State of New York
No. 01WR5076710
Qualified in Kings County
Commission Expires 05/07/20

_____
DWIGHT GRANT

_____
Process Server's Lic #

Client Reference #:

NATIONWIDE COURT SERVICES, INC.
20 Vesey Street
New York, NY 10007
(212) 349-4782 / Fax (212) 349-4784
Invoice•Work Order # NYC0021129